UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                         No. C 14-3225 SI (pr)

ROBERT BEARD,                         **ORDER OF TRANSFER**

             Petitioner.

         Robert Beard, an inmate at California State Prison - Sacramento, has filed a petition for writ of habeas corpus to challenge his conviction from the Los Angeles County Superior Court. (Although he does not plead where the conviction occurred, he does allege that the sentence was imposed on him on June 7, 2006. That is the date of the conviction challenged in a petition he filed last year in which he identified the conviction as having occurred in the Los Angeles County Superior Court. *See* Docket # 1 at 2 in *Beard v. Cate*, No. 13-2808 SI.). Los Angeles County lies within the venue of the Central District of California. The facility Beard is incarcerated at is in Sacramento County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

         IT IS SO ORDERED.

DATED: July 21, 2014                                       _____
                                                                          SUSAN ILLSTON
                                                                 United States District Judge